**Lisa MURPHY, Plaintiff–Appellant**

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

Laura B. Sparks, Plaintiff

v.

Sheriff Chad LEDBETTER, Sheriff, Hot Spring County, Defendant–Appellee

Dr. John Doe, Chief, Hot Spring County, Defendant

George Wright, Jail Administrator, Hot Spring County Jail; Corporal Linda Rowe, Assistant Jail Administrator, Hot Spring County Jail; Lingo, Sargent, Hot Spring County Jail; Amy Martin, Correctional Officer, Hot Spring County Jail; Brian Orel, Correctional Officer, Hot Spring County Jail, Defendants–Appellees.

No. 14–3566.

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2015.

Filed: July 13, 2015.

Lisa Murphy, Newport, AR, pro se.

Clyde Burt Newell, Law Offices of C. Burt Newell, Nicholas Rudolph Windle, Hot Springs, AR, for Defendant–Appellee.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Lisa Murphy appeals following the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action. Upon de novo review, we agree with the district court that Murphy failed to exhaust her administrative remedies on some claims. *See King v. Iowa Dep't of Corr.,* 598 F.3d 1051, 1052 (8th Cir.2010) (standard of review; administrative exhaustion). We also find that summary judgment was proper as to the remaining claims, because, based on our de novo review of the evidence developed below, *see Murchison v. Rogers,* 779 F.3d 882, 886–87 (8th Cir.2015) (summary judgment standard of review), we cannot conclude that any defendant violated Murphy's constitutional rights. The judgment of the district court is affirmed, and Murphy's motion for appointment of counsel is denied. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, now retired.